# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MELISSA BARON, OLIVIA ENLOE, MARCO LERRA, JOHN PELS, and NICHOLAS YEOMELAKIS, <br><br>on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br>vs. <br><br>SYNIVERSE CORPORATION, <br><br>Defendant. | Case No.: 8:21-cv-02349-SCB-SPF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Melissa Baron, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses her claims in this action in their entirety without prejudice, with each party to bear its own attorney's fees and costs.

Date: November 7, 2022

Respectfully submitted,

/s/ John A. Yanchunis
John A. Yanchunis
Ryan D. Maxey
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
**rmaxey@ForThePeople.com**

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, N.W.
Suite 300
Washington, DC 20006
(202) 540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street
14th Floor
New York, New York 10004
(646) 357-1100
snathan@hausfeld.com


Linda P. Nussbaum
Susan R. Schwaiger
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com
sschwaiger@nussbaumpc.com


Amy E. Keller*
James A. Ulwick*
**DICELLO LEVITT GUTZLER**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Michael E. Criden
Kevin B. Love

2

        Lindsey C. Grossman
        **CRIDEN & LOVE, P.A.**
        7301 SW 57th Court, Suite 515
        South Miami, FL 33143
        (305) 357-9000
        mcriden@cridenlove.com
        klove@cridenlove.com
        lgrossman@cridenlove.com


        Marc R. Weintraub (Florida Bar No. 119976)
        **BAILEY GLASSER LLP**
        360 Central Avenue, Suite 1450
        St. Petersburg, Florida 33701
        T: 727.894.6745
        F: 727.894.2649
        mweintraub@baileyglasser.com

        Michael L. Murphy*
        Lawrence J. Lederer*
        **BAILEY GLASSER LLP**
        1055 Thomas Jefferson Street NW, Suite 540
        Washington, DC 20007
        T: 202.463.2101
        F: 202.463-2103
        mmurphy@baileyglasser.com
        llederer@baileyglasser.com


        *Pro Hac Vice to be submitted


        *Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, the foregoing document was filed with the Clerk by using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *John A. Yanchunis*
John A. Yanchunis
